# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2483
_____

BREVARD HMA HOSPICE, LLC,

Appellant,

v.

VNA HOSPICE OF INDIAN RIVER
COUNTY, INC., and AGENCY FOR
HEALTH CARE ADMINISTRATION,

Appellees.

_____

On appeal from the Agency for Health Care Administration.
Jason C. Weida, Secretary.

September 15, 2025

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Geoffrey Duane Smith, Sabrina Barker Dieguez, and Stephen Bruce Burch of Smith & Associates, Melbourne, for Appellant.

Seann Michael Frazier of Parker, Hudson, Rainer & Dobbs, Tallahassee, for VNA Hospice of Indian River County, Inc., Appellee.

Andrew Taylor Sheeran of Florida Agency for Health Care Administration, and Julia Elizabeth Smith of Florida Agency for Health Care Administration, Tallahassee, for Agency for Health Care Administration, Appellee.